**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**STEPHEN T. BURNS, Inc.**

**No. 15065.**

United States Court of Appeals
Eighth Circuit.

May 21, 1954.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Meyer, Hoester & Coleman, Clayton, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**James P. MITCHELL, Secretary of Labor, United States Department of Labor, Appellant,**

v.

**C. W. VOLLMER & COMPANY, Inc., Appellee.**

**No. 14749.**

United States Court of Appeals
Fifth Circuit.

June 30, 1954.

Sylvin S. Ellison, Washington, D. C., Earl Street, Regional Attys. Dept. of Labor, Dallas, Tex., Stuart Rothman, Sol., Dept. of Labor, Washington, D. C., Bessie Margolin, Chief of Appellate Lit., Dept. of Labor, Washington, D. C., for appellant.

Robert E. Leake, Jr., Deutsch, Kerrigan & Stiles, New Orleans, La., for appellee.

Before STRUM and RIVES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

We find ourselves in agreement with the views expressed by the learned district judge and approve his opinion reported in 113 F.Supp. 235 et seq. See also the later opinion of this Court in Van Klaveren v. Killian-House Co., 5 Cir., 210 F.2d 510, and Billeaudeau v. Temple Associates, Inc., Ms., decided June 5, Cir., 213 F.2d 707. The judgment is therefore

Affirmed.